# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| Kreditverein der Bank Austra Creditanstalt fur Niederosterreich und Burgenland and Bank Austria Creditanstalt AG, | ) ) ) ) | COURT MINUTES - CIVIL BEFORE: John R. Tunheim U.S. District Judge |
| Plaintiffs, | ) ) | Case No: 04-0072 (JRT/JSM) Date: July 16, 2009 |
| v. | ) ) | Court Reporter: Kristine Mousseau Time Commenced: 9:25 am |
| Christa Nejezchleba, | ) ) ) | Time Concluded: 9:30 am Time in Court: 5 Minutes |
| Defendant. | | |

APPEARANCES:

    Plaintiff:   Todd Pearson, Michelle Kreidler Dove
    Defendant:  Marcy Wallace

Hearing on:

    Defendant's Motion in Limine [Docket No 136] - DENIED

    Plaintiff's Motion in Limine [Docket No. 145] - DENIED

                                                                                                                    s/Holly Morley
                                                                                                                            Calendar Clerk